**FILED BY**

AUG 1 7 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,  )   **FILED UNDER SEAL**
                            )
         **Plaintiff,**     )   CR. NO. **05-20309   MI An**
                            )
vs.                         )
                            )
GERALD DAVENPORT,           )
                            )
         **Defendants.**    )

---

## ORDER SEALING INDICTMENT

---

Upon motion of the United States and for good cause shown, the indictment against the above-named Defendant is hereby ordered sealed until further order of the Court.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: _08-17-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20309 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT