IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 27 PM 4: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

v.                                No.: 05cr20309-M1

GERALD DAVENPORT

## ORDER GRANTING CONTINUANCE

THIS CAUSE came on to be heard upon the Motion to Continue filed by Counsel for Defendant, Marvin E. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the Report date currently set on October 28, 2005 is hereby continued and Defendant's presence excused. Time shall be excluded under the Speedy Trial Act.

_____
JUDGE

Oct. 27, 2005
DATE

APPROVED BY:

_____
Marvin E. Ballin, Esq.
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-28-05

TOTAL P.004

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20309 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT