IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 27 PM 4:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
VS ) CR. NO. 05-20309-Ml
)
GERALD DAVENPORT )
)
    Defendant(s) )

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for a Report Date on Friday, October 28, 2005 at 9:00 a.m. Counsel for the defendant requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Report Date to Wednesday, November 23, 2005 at 9:00 a.m. with a trial date of Monday, December 5, 2005.

The period from November 18, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 27 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20309 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT